THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE MELLO, Appellant, against THOMAS McDONNELL, as Warden of the Penitentiary of the City of New York, Respondent. — Order, dismissing the writ of habeas corpus and remanding the relator to the New York City Penitentiary, unanimously affirmed on the ground that the relator is under a sentence pronounced by the County Court having competent jurisdiction and its terms have not expired. How-

ever, as the County Court did not state that the term imposed was to be consecutive, the presumption that the term was concurrent with the term of the prior conviction controls (*People ex rel. Gerbino* v. *Ashworth*, 267 App. Div. 579, 581). Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.